In the Matter of the Application of ISIDORE WEISMAN and WILLIAM TERES, Copartners, etc., Appellants, for an Order Vacating the Award Made by Arbitrators in an Arbitration Proceeding with IRVING TRUST COMPANY and HENRY SCHNIEWIND, JR., Receivers in Equity for SUSQUEHANNA SILK MILLS, Respondents. — On April 2, 1934, appellants and respondents entered into a contract whereby appellants agreed to buy and respondents agreed to sell approximately $35,000 worth of silk. Respondents failed to make any deliveries. Pursuant to a condition in the contract, appellants' claim for damages was referred to arbitration. The arbitrators decided that appellants were not entitled to any damages. Judgment confirming the award of arbitrators, and order denying petitioners' motion to vacate said award and granting the cross-motion of respondents to confirm said award, unanimously affirmed with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

GEORGE M. COHAN, Respondent, v. MAURICE A. RICHMOND and MAX MAYER, Doing Business, etc., Defendants. MAX MAYER, Appellant.— Action for damages for unauthorized use of plaintiff's musical compositions. Order denying defendant-appellant's motion for judgment dismissing the complaint unanimously reversed, with twenty dollars costs and disbursements, and the motion granted, with ten dollars costs, with leave to plaintiff to serve an amended complaint within twenty days after service of order upon payment of a full bill of costs of the action to date, including the costs above awarded. (See Cohan v. Robbins Music Corp., 244 App. Div. 697.) Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

ISADORE SCHEINBERG and Others, Respondents, v. SCHEINBERG ESTATES, INC., and Others, Defendants, and BEATRICE SCHEINBERG (Assignee of Judgment), Appellant.— Order, so far as appealed from, granting plaintiffs' motion to set off certain items of costs and rent accrued to plaintiffs in this action against the costs of the defendants, unanimously affirmed, with twenty dollars costs and disbursements to the respondents. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

THE CITY OF NEW YORK, Appellant, v. THE LONG ISLAND RAILROAD COMPANY, Respondent.— Action to recover the costs of opening and extending Archer place, in the borough of Queens, from Sutphin road to Division street, under a contract entered into between plaintiff and defendant. Judgment dismissing the complaint on the merits unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.